# United States District Court
## Northern District of Illinois
### Eastern Division

Nedrick Jeffrey Hardy, Sr.          **JUDGMENT IN A CIVIL CASE**

       v.                            Case Number: 10 C 5921

Wexford Health Services, et al

X      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

       Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Court finds no just reason for delay and final judgment is entered in favor of Wexford Health Services and Dr. Partha Ghosh. Wexford Health Services and Dr. Partha Ghosh are dismissed with prejudice.

Thomas G. Bruton, Clerk of Court

Date: 10/28/2013                      _____

                                        /s/ Sandy Newland, Deputy Clerk